## CONNIE SHIELDS, Appellant, v. THE STATE OF NEVADA, Respondent.

### No. 9856

November 16, 1977          571 P.2d 106

*Horace R. Goff,* State Public Defender, and *J. Thomas Susich,* Chief Deputy Public Defender, Carson City, for Appellant.

*Robert List,* Attorney General, and *Patrick B. Walsh,* Deputy Attorney General, Carson City, for Respondent.

### OPINION

*Per Curiam:*

In this appeal, submitted pursuant to the mandate of Anders v. California, 386 U.S. 738 (1967), it is argued that we should reverse because the parole and probation report contained unsubstantiated information, which was erroneously considered by the trial court when it sentenced Connie Shields. We disagree.

In Silks v. State, 92 Nev. 91, 94, 545 P.2d 1159, 1161 (1976), we stated: "So long as the record does not demonstrate prejudice resulting from consideration of information or accusations founded on facts supported only by impalpable

or highly suspect evidence, this court will refrain from interfering with the sentence imposed." Our review of the record reveals no such prejudice. Accordingly, we affirm.